UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ONE STAR CLASS SLOOP SAILBOAT )<br>BUILT IN 1930 WITH HULL NUMBER 721,)<br>NAMED "*FLASH II*," )<br>      Defendant. ) | Civil Action No. |

**WARRANT AND MONITION**

To: The United States Marshal for the District of Massachusetts, or his Deputies

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the following in Rem defendant, identified as one Star Class Sloop Sailboat built in 1930 with hull number 721, named "*Flash II*" and once owned by President John F. Kennedy and Joseph P. Kennedy (the "Sailboat"), more particularly described in the Complaint for the forfeiture of the Saiboat to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

    (1) Publishing notice of the United States' intent to forfeit the Sailboat at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District;

UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: _____, 2005

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: February 4, 2005

3