UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,       )
        Plaintiff,              )
                                )
v.                              )   05 CV 10192 RWZ
                                )
ONE STAR CLASS SLOOP SAILBOAT   )
BUILT IN 1930 WITH HULL         )
NUMBER 721, NAMED "FLASH II,"   )
        Defendant.              )
```

FILED
IN CLERKS OFFICE

2005 FEB 28  P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

### VERIFIED CLAIM FOR HARRY E. CROSBY

Now comes Attorney J. Thomas Kerner and, pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims [SRCAMC] C(6)(b)(2), files a claim on behalf of Harry E. Crosby. Mr. Crosby has an interest in or right against the defendant vessel based on the fact that Mr. Crosby is an owner of the defendant vessel and has been since 1996.

The basis of my representations is that Mr. Crosby has hired me to represent his interests in the defendant vessel and has represented to me that, since 1996, he has had an ownership interest in the defendant vessel.

I attest under the pains and penalties of perjury that the representations contained in this document are true and accurate to the best of my knowledge.

|  |  |
|---|---|
| Date:    February 24, 2005 | Respectfully Submitted,<br><br>*/s/ Thomas Kerner*<br>J. THOMAS KERNER<br>Mass. BBO # 552373<br>Attorney at Law<br>230 Commercial Street<br>First Floor<br>Boston, MA 02109<br>(617) 720-5509 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ONE STAR CLASS SLOOP SAILBOAT )<br>BUILT IN 1930 WITH HULL )<br>NUMBER 721, NAMED "FLASH II," )<br>    Defendant. ) | 05 CV 10192 RWZ |

FILED
IN CLERKS OFFICE

2005 FEB 28  P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS

### CERTIFICATE OF SERVICE

Now comes counsel for claimant Harry Crosby and certifies that a copy of the attached filing has been served on the United States by sending a copy to:

Ms. Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date 2/24/05

Respectfully Submitted
HARRY E. CROSBY
By his attorney:

Thomas Kerner
J. Thomas Kerner
MA BBO # 552373
Attorney at Law
230 Commercial Street
First Floor
Boston, MA 02109
(617) 720-5509