UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,           )
            Plaintiff,              )
                                    )
      v.                            ) Civil Action No.05-10192-RWZ
                                    )
ONE STAR CLASS SLOOP SAILBOAT       )
BUILT IN 1930 WITH HULL NUMBER 721, )
NAMED "FLASH II,"                   )
            Defendant.              )
HARRY E. CROSBY,                    )
            Claimant.               )
```

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Harry E. Crosby, by his attorney, J. Thomas Kerner, submit this Joint Statement pursuant to Local Rule 16.1.

1. The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

2. The parties propose the following schedule for discovery events and the filing of pre-trial motions:

    a. discovery, including interrogatories and document requests, and any necessary depositions to be completed by June 20, 2005;

    b. dispositive motions to be filed on or before July 25, 2005;

    c. opposition to dispositive motions to be filed on or before August 8, 2005;

3. The parties request that the Court then schedule a hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary. If the case is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

4. The parties consent to trial by magistrate judge.

Respectfully submitted,

| MICHAEL J. SULLIVAN<br>United States Attorney, | HARRY E. CROSBY, |
|---|---|
| by: /s/ Shelbey D. Wright<br>Shelbey D. Wright<br>Assistant U.S. Attorney<br>John J. Moakley Federal<br>   Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>(617) 748-3283 | By: /s/ J. Thomas Kerner<br>J. Thomas Kerner<br>230 Commercial Street<br>First Floor<br>Boston, MA 02109<br>(617) 720-5509 |

Date: April 18, 2005