UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,              )
            Plaintiff,                 )
                                       )
      v.                               ) Civil Action No. 05-10192-RWZ
                                       )
ONE STAR CLASS SLOOP SAILBOAT          )
BUILT IN 1930 WITH HULL NUMBER 721,    )
NAMED "FLASH II,"                      )
            Defendant.                 )
```

### MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Gregory Olaf Anderson and Ralph Anderson, and all other persons claiming an interest in one Star Class Sloop Sailboat built in 1930 with hull number 721, named "*Flash II*" and once owned by President John F. Kennedy and Joseph P. Kennedy (the "Sailboat"), with the sole exception of Harry E. Crosby, for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Shelbey D. Wright
Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: 5/4/04

SO ORDERED AND ALLOWED

_____
RYA W. ZOBEL
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, were served upon Gregory Olaf Anderson, 321 West Arcade Avenue, Clewiston, Florida 33440; Ralph Anderson, Marblehead Trading Company, 89 Front Street, Marblehead, Massachusetts 01945; and J. Thomas Kerner, Esquire, 230 Commercial Street, 1st Floor, Boston, Massachusetts 02109, as counsel for Harry E. Crosby, by first class mail, postage prepaid.

Dated: 5/4/04

Shelbey D. Wright
Assistant U.S. Attorney

N:\SWright\Sailboat\Default Motion.wpd