UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br>ONE STAR CLASS SLOOP SAILBOAT<br>BUILT IN 1930 WITH HULL NUMBER 721,<br>NAMED "*FLASH II*,"<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 05-10192-RWZ<br>)<br>)<br>)<br>) |

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR ENTRY OF DEFAULT**

I, Shelbey D. Wright, state under oath as follows:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action <u>in rem</u> for forfeiture of the defendant sailboat, identified as one Star Class Sloop Sailboat built in 1930 with hull number 721, named "*Flash II*" and once owned by President John F. Kennedy and Joseph P. Kennedy (the "Sailboat"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. The Sailboat is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6), as it constitutes property derived from proceeds obtained, directly or indirectly, as the result of narcotics distribution, in violation of the provisions of Title 21 of the United States Code (the "Controlled Substances Act").

3. The Complaint for Forfeiture <u>in Rem</u> (the "Complaint"),

was filed on or about February 1, 2005.

4. This Court issued a Warrant and Monition on or about February 4, 2005, directing the United States Marshal for the District of Massachusetts, to give notice to all persons concerned that a Complaint in Rem had been filed.

5. Publication of the Complaint and Warrant and Monition was made in the Boston Herald newspaper on February 15, February 22, and March 1, 2005. A copy of the process receipt and return for publication, executed by United States Marshals Service, is attached as Exhibit A.

6. Gregory Olaf Anderson was served with a certified copy of the Complaint and Warrant and Monition at his residential address, 321 West Arcade Avenue, Clewiston, Florida 33440. A copy of the receipt and return for service is attached as Exhibit B. Gregory Olaf Anderson did not file either a verified claim or answer to the Complaint.

7. Ralph Anderson was served with a certified copy of the Complaint and Warrant and Monition at his business address, Marblehead Trading Company, 89 Front Street, Marblehead, Massachusetts 01945. A copy of the receipt and return for service is attached as Exhibit C. Ralph Anderson did not file either a verified claim or answer to the Complaint.

8. Harry E. Crosby was served with a certified copy of the Complaint and Warrant and Monition via his attorney, J. Thomas Kerner, Esquire, 230 Commercial Street, 1st Floor, Boston,

Massachusetts 02109. A copy of the receipt and return for service is attached as <u>Exhibit D</u>.

9. Under Supplemental Rule (C)(6), any person asserting an interest in the Sailboat is required to file a claim within thirty (30) days after process has been executed and an answer within twenty (20) days after the filing of the claim.

10. On or about February 28, 2005, attorney J. Thomas Kerner, on behalf of Claimant Harry E. Crosby, filed a Verified Claim and Answer to the Complaint.

11. To date, no other claims to the Sailboat or answers to the Complaint have been filed and the time for filing such claims and answers has expired.

12. To the best of my knowledge, and upon information and belief, neither Gregory Olaf Anderson, Ralph Anderson, nor anyone else with an interest in the Sailboat is in the military service of the United States, is an infant, or is incompetent.[1]

Signed under the pains and penalties of perjury this 4th day of May, 2005.

_____
Shelbey D. Wright
Assistant U.S. Attorney

---

[1] In order to determine Gregory Olaf Anderson's and Ralph Anderson's military status, the United States searched the Department of Defense Manpower Data Center using Gregory Olaf Anderson's and Ralph Anderson's name and Social Security Number.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>C.A. No. 05-10192-RWZ |
|---|---|
| DEFENDANT<br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II" | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PUBLICATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
Shelbey D. Wright/LJT  ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: February 9, 2005

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process No.: 
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date 2/11/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/3/05
Time: am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: Advertised in the Herald on 2/15/05, 2/22/05 + 3/1/05

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM

☐ USMS RECORD ☐ NOTICE OF SERVICE ☐ BILLING STATEMENT ☐ ACKNOWLEDGMENT OF RECEIPT

GOVERNMENT EXHIBIT A

U.S. Department of Justice
United States Marshals Service

# PUBLIC VOUCHER FOR ADVERTISING

**For Agency Use Only**

VOUCHER NUMBER:

DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE:
United States Marshals Service

DATE PREPARED: 2/1/05

SCHEDULE NUMBER:

PLACE VOUCHER PREPARED:
Boston, MA

PAID BY:

NAME OF PUBLICATION:
Boston Herald

NAME OF PUBLISHER OR REPRESENTATIVE:
Legal Department

ADDRESS (Street, room number, city, state, and ZIP code):
One Herald Square, Boston, MA

## CHARGES

| Line Rates | TYPEFACE | (size of type) POINT PER NUMBER OR LINES (Indicate counted or space) | COST PER LINE | (Inch, square, word, or folio) TOTAL COST |
|---|---|---|---|---|
| | FIRST INSERTION 2/15/05 | 110 | $ 3.49 | $ 383.90 |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ 2 | 220 | 3.49 | 767.80 |
| | TOTAL 3 | | | $ 1151.70 |

| Other Rates | | NUMBER OR UNITS (Indicate inch, square, word, folio) | COST PER LINE | TOTAL COST |
|---|---|---|---|---|
| | FIRST INSERTION | | $ | $ |
| | ADDITIONAL INSERTIONS GIVE NUMBER ▶ | | | $ |
| | TOTAL | | | |

Attach one copy of advertisement (including upper and lower rules) to each copy of voucher here. If copy is not available sign the following affidavit.

TOTAL LINE RATES AND OTHER RATES:
LESS DISCOUNT AT ___%:
BALANCE DUE: $
VERIFIED (Initials):

## AFFIDAVIT

This represents a true billing for the attach advertising order, with specifications and copy, which has been completed.

SIGNATURE OF PUBLISHER OR REPRESENTATIVE: [signature]

TITLE: [signature]

DATE: 3/2/05

## FOR AGENCY USE ONLY

ADVERTISEMENT PUBLISHED IN:

DATE PUBLISHED:

I certify that the advertisement described above appeared in the named publication and that this account is correct and eligible for payment.

SIGNATURE AND TITLE OF CERTIFYING OFFICER:

DATE:

SIGNATURE AND TITLE OF AUTHORIZING OFFICER:

DATE:

ACCOUNTING CLASSIFICATION:
05 DEA- 4/250.7

PAID BY CHECK NUMBER:

Excessive, Usable Open Space & ... Confirm occupancy as sufficient). 64(64-3.4) Confirm occupancy one family dwelling. No record of occupancy in the Inspectional Services Department. Change legal occupancy from one-family dwelling to two-family dwelling. Rebuilt two-story ell to three-story ell.

Janet Miller (by Rodney Dennis), seeking with reference to the premises at 5 Clarken Road, Ward 2, from the terms of the Boston Zoning Code (see Acts of 1956, c. 665) in the following respect: Variance. Article(s): 62(62-8) 62-62-25). Confirm occupancy for single-family dwelling. Erect second floor addition over first-floor entry door.

Ann D. Gaeta, seeking with reference to the premises at 1225 Bennington Street, Ward 1, from the terms of the Boston Zoning Code (see Acts of 1956, c.665) in the following respect: Variance. Article(s): ... Enclose deck on side of house, also enclose entry.

Louronca Piros, seeking with reference to the premises at 190 London Street, Ward 1, from the terms of the Boston Zoning Code (see Acts of 1956, c. 665) in the following respect: Extension of Non-Conforming Use & Variance. Article(s): 9(9-1) 53(53-12). Confirm occupancy for one family and extend living space into basement.

Cardone Construction Company, seeking with reference to the premises at 326 Bremen Street Ward 1, from the terms of the Boston Zoning Code (see Acts of 1956, c. 665) in the following respect: Variance, Article(s): 53(53-8: Multi-family Dwelling & Basement Units forbidden) 53(53-9: Floor Area Ratio excessive, Lot Area for Additional Dwelling Unit(s) & Usable Open Space Insufficient). Change legal occupancy from three-family dwelling to four-family dwelling.

Ich Pham, seeking with reference to the premises at 452 Meridian Street, Ward 1, from the terms of the Boston Zoning Code (see Acts of 1956, c. 665) in the following respect: Variance. Article(s): 53(53-9: Floor Area Ratio Excessive, Side & Rear Yard Insufficient). Erect two-story addition at rear of one-family dwelling with roof-deck. Off street parking for one residential vehicle.

For the Board of Appeal
Darryl Smith
Asst. Commissioner

Feb 15

NO ORDINARY JOE.

Read Joe Sciacca every Monday in the Boston Herald.

...ignated by mortgagee.

Other terms to be announced at the sale.

Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2004-OPT1, present holder of said mortgage, by its attorney,
Sanjit S. Korde,
Korde & Associates, P.C.,
321 Billerica Road, Suite 210,
Chelmsford, MA 01824-4100,
(978) 256-1500

Feb 8, 15, 22

**450 Legal Notice** | **450 Legal Notice**

**CARE AND PROTECTION TERMINATION OF PARENTAL RIGHTS SUMMONS BY PUBLICATION**

Docket Number: CP-04N0096

**COMMONWEALTH OF MASSACHUSETTS**

**Juvenile Court Department**
**New Bedford Division**
**75 No. Sixth Street**
**New Bedford, MA 02740**

TO: CHRISTOPHER PARKER or any unknown/unnamed person claiming to be father of Alee Parker.

A petition has been presented to this court by the Department of Social Services, seeking, as to the subject child(ren), ALEE PARKER, that said child be found in need of care and protection and committed to the Department of Social Srvices. The court may dispense the rights of the person named herein to receive notice of or to consent to any legal proceeding affecting the adoption, custody, or guardianship or any other disposition of the child(ren) named herein, if it finds that the child(ren) is/are in need of care and protection and that the best interests of the child(ren) would be served by said disposition.

You are hereby ORDERED to appear in this court, at the court address set forth above on 04/27/05 at 9:00 a.m., for a PRE-TRIAL CONFERENCE.

You may bring an attorney with you. If you have a right to an attorney and if the court determines that you are indigent, the court will appoint an attorney to represent you.

If you fail to appear, the court may proceed with a trial on the merits of the petition and an adjudication of this matter.

For further information call the Office of the Clerk-Magistrate at 508-999-9700.

Witness:
James M. Cronin
FIRST JUSTICE

Ronald Arruda
Clerk-Magistrate
01/26/05
Feb 9, 15, 21

Street, Newton, P.O. Box ... 02461-0389, by mail to ... Highlands, Massachusetts within thirty (30) days from the date of sale. Deed will be provided to purchaser for recording upon receipt in full of the purchase price. The description of the premises contained in said mortgage shall control in the event of an error in this publication.
Other terms, if any, to be announced at the sale.

GMAC MORTGAGE CORPORATION F/K/A
GMAC MORTGAGE CORPORATION OF PA
Present holder of said mortgage
By its Attorneys,
HARMON LAW OFFICES, P.C.
Banita M. Butcher Esquire
150 California Street
Newton, MA 02458
(617) 558-0500
Feb 15, 22 Mar 1

**400 Legal Notice** | **400 Legal Notice**

**United States District Court**
**District of Massachusetts**
**Notice of Libel**

Civil Case No.05-10192-RWZ

United States of America, District of Massachusetts, at Boston, Massachusetts, February 4, 2005.

Notice is hereby given that a Libel has been filed in the United States District Court against the following real property, pursuant to 21 U.S.C. sec 881(a)(6): one Star Class Sloop Sailboat built in 1930 with hull number 721, named "Flash II" and once owned by President John F. Kennedy and Joseph P. Kennedy (the "Sailboat").

All claims to the Sailboat must be filed within thirty (30) days after process has been executed or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 Code of Federal Regulations, Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Drug Enforcement Administration, JFK Federal Building, Room E-400, 15 New Sudbury Street, Boston, Massachusetts 02203, Attention Asset Forfeiture Group.

Anthony Dichio
United States Marshal
District of Massachusetts
Feb 15, 22, Mar 1

jobfind works. In print and online at jobfind.com.

control in the ...
publication.
Other terms, if any, to ...
the sale.
WELLS FARGO BANK, N.
BY MERGER TO
WELLS FARGO HOME M...
Present holder of said ...
By its Attorneys,
HARMON LAW OFFICES,
Megan O'Keefe Manzo,
150 California Street
Newton, MA 02458
(617) 558-0500

**400 Legal Notice**

**NOTICE OF PUB...**
**ON PRO...**
**ISSUANCE OF BOND...**
**BY ...**
**MASSACHUSETTS HOUS...**

Public notice is here... 1st day of March, 20... MASSACHUSETTS ... AGENCY ("MassHous... public hearing in thei... Street, 27th Floor, Bo... for the purpose of ... persons an opportuni... proposed issuance ... tax-exempt bonds ar... gregate principal am... $150,000,000 for th... ing single family m... made to borrowers ... monwealth (the ... wishing to attend th... MassHousing in ... Timothy C. Sullivan ... hours prior to the pu...

For the convenien... sons, additional in... he Program will be ... tion at MassHousin... Boston, MA.

Issuance of the p... notes is subject t... Governor of the C... sachusetts.

The meeting facili... cessible to people ... sufficient notice, ... communication aid... provided. Upon su... als will be provide... such as large pri... such arrangemen... (voice); (617) 854... 1025 (TDD); or Ma... ber (800) 439-23...

MASSACHUSETTS H...

Tee Time In...
Only in the B...

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** CA No. 05-10192-RWZ |
| **DEFENDANT** ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II" | **TYPE OF PROCESS** Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Gregory Olaf Anderson

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
321 West Arcade Avenue, Clewiston, FL 33440

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Verified Complaint and Warrant & Monition, upon the above-referenced individual by certified mail, return receipt requested.

05-DEA-442507
LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Shelbey D. Wright/LJT
TELEPHONE NUMBER: (617) 748-3100
DATE: February 9, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 35 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/10/05

Date of Service: 2/28/05

REMARKS:
2/11 Certify #7002 0510 0004 1358 2079
2/18/05 Delivery Date

PRIOR EDITIONS MAY BE USED     1. CLERK OF THE COURT

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

**GOVERNMENT EXHIBIT B**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Bennie Byrd_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Bennie Byrd    2/18/05 |
| 1. Article Addressed to:<br><br>Gregory Olaf Anderson<br>321 West Arcade Ave.<br>Clewiston, FL 33440 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from ser  7002 0510 0004 1358 2079 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Department of Justice**
**United States Marshals Service**

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 05-10192-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II" | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ralph Anderson

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
Marblehead Trading Company, 89 Front Street, Marblehead, MA 01945

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve the attached Verified Complaint and Warrant & Monition, upon the above-referenced individual by certified mail, return receipt requested.

05-DEA-442507   LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Shelbey D. Wright/LJT
TELEPHONE NUMBER: (617) 748-3100
DATE: February 9, 2005

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/10/15 |

REMARKS:
2/11/05 Certify # 7002 0510 0004 1358 2055
2/14/05 Delivery Date

Date of Service: 2/28/05

1. CLERK OF THE COURT

GOVERNMENT EXHIBIT C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                2-14-5<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Ralph Anderson<br>Marblehead Trading Co.<br>89 Front Street<br>Marblehead, MA 01945 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service la) 7002 0510 0004 1358 2055 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | C.A. No. 05-10192-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II" | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
J. Thomas Kerner, Esquire

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
230 Commercial Street, 1st Floor, Boston, MA 02109

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Verified Complaint and Warrant & Monition, upon the above-referenced individual by certified mail, return receipt requested.

AM-05-DEA-440527  LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Shelbey D. Wright/LJT

TELEPHONE NUMBER: (617) 748-3100
DATE: February 9, 2005

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 2/10/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 2/16/05    Time: ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS:
2/11/05 Certify # 7002 0510 0004 1358 2662
2/14/05 Delivery Date

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM U

**GOVERNMENT EXHIBIT D**

☐ USMS RECORD  ☒ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 2/14/05 |
| 1. Article Addressed to:<br><br>J. Thomas Kerner, Esquir<br>230 Commercial St.,<br>   First Floor<br>Boston, MA 02109 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number  7002 0510 0004 1358 2062<br>   (Transfer from service label) | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540