UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA
            Plaintiff


        V.


                                                CIVIL ACTION: 05CV10192-RWZ
GREGORY ANDERSON & RALPH ANDERSON
            Defendant


## NOTICE OF DEFAULT


Upon application of the plaintiff UNITED STATES OF AMERICA, for an order of default for failure of the defendant GREGORY AND

RALPH ANDERSON, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby

given that the defendant has been defaulted this 3RD day of JUNE, 2005.


                                By the Court,



                                __s/ Lisa A. Urso _
                                Deputy Clerk


Notice mailed to:
Counsel & defendants


default.ntc