UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | )Civil Action No. 05-10192-RWZ | |
| | ) | |
| ONE STAR CLASS SLOOP SAILBOAT | ) | |
| BUILT IN 1930 WITH HULL NUMBER 721, | ) | |
| NAMED "FLASH II," | ) | |
| Defendant. | ) | |

## JUDGMENT AND ORDER OF FORFEITURE

**ZOBEL, DISTRICT JUDGE:**

This cause having come before this Court and the Court being fully advised of the agreement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

1.    That the Defendant Sailboat is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6), subject to the one-third interest of the Claimant, Harry E. Crosby.

2.    That the United States Marshals Service is authorized and directed to arrange for the sale of the Defendant Sailboat in accordance with United States Department of Justice policies regarding the disposition of forfeited property.  The United States shall retain two-thirds of the net proceeds from the sale of the Defendant Sailboat.  The remaining one-third of the proceeds shall be paid to the claimant.

3.    That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any

1

right, title or interest in or to the forfeited property are
hereby held in default.

    4.    That the United States shall dispose of the forfeited
property in accordance with the law.

    5.    That this shall be and is the full, final, and complete
disposition of this civil forfeiture action.


    DONE and ORDERED in Springfield, Massachusetts, this _5th_
day of ___July___, 2005.

                                             _____
                                         RYA W. ZOBEL
                                         United States Magistrate Judge