UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>     v.<br><br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",<br><br>            Defendant.<br><br>KERRY SCOTT LANE,<br><br>            Claimant. | Civil Action # 05-10192 RWZ |

**MOTION FOR ADMISSION OF OUT-OF-STATE ATTORNEY
BRENDA GRANTLAND FOR ADMISSION PRO HAC VICE**

I, Eric B. Goldberg, move for attorney Brenda Grantland's admission pro hac vice.

As grounds for this motion I submit the attached Declaration of Brenda Grantland.

                                                                        Respectfully submitted,

                                                                        Kerry Scott Lane, MD,

                                                                        By his attorneys,


                                                                              s/Eric B. Goldberg
                                                                        Jeffrey P. Allen (BBO# 015500)
                                                                        Eric B. Goldberg (BBO# 564398)
                                                                        Seegel Lipshutz & Wilchins, P.C.
                                                                        Wellesley Office Park
                                                                        20 William Street, Suite 130
                                                                        Wellesley, MA 02481
                                                                        (781) 237-4400

                                                 Brenda Grantland, Esq.
                                                 Law Office of Brenda Grantland
                                                 20 Sunnyside Suite A-204
                                                 Mill Valley, CA 94941
                                                 (415) 380-9108

## CERTIFICATE OF SERVICE

      I, Eric B. Goldberg, do hereby certify that I have electronically served the foregoing on the counsel of record listed below:

Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

J. Thomas Kerner, Esq.
230 Commercial Street
First Floor
Boston MA 02109

                                                                     s/Eric B. Goldberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ONE STAR CLASS SLOOP SAILBOAT<br>BUILT IN 1930 WITH HULL NUMBER<br>721, NAMED "FLASH II",<br><br>        Defendant. | Civil Action # 05-10192 RWZ |
| KERRY SCOTT LANE,<br><br>        Claimant. | |

**DECLARATION OF BRENDA GRANTLAND, ESQ.,
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

In support of this Motion for Admission Pro Hac Vice in the above captioned matter, pursuant to Local Rule 83.5.3, I, Brenda Grantland, state the following:

    1. I am an active member in good standing of the Bar of all of the states in which I have ever been licensed to practice law – California, Maryland, and the District of Columbia.

    2. I am an active member in good standing of the Bar the U.S. Supreme Court and admitted to practice before the 1st, 3rd, 4th, 5th, 9th, 10th and Federal Circuits.

    3. I am an active member in good standing in the federal district courts of the Northern District of California, Eastern District of California, Central District of California, and U.S. Court of Federal Claims.

    4. I have never been disciplined by any court or state bar and there are no disciplinary proceedings pending against me anywhere.

5. I have familiarized myself with the local rules for the District of Massachusetts.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: 8-28-2005

_____
Brenda Grantland

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",<br><br>  Defendant.<br><br>KERRY SCOTT LANE,<br><br>  Claimant. | Civil Action # 05-10192 RWZ |

## ORDER GRANTING
## MOTION FOR ADMISSION OF OUT-OF-STATE ATTORNEY
## BRENDA GRANTLAND FOR ADMISSION PRO HAC VICE

**ZOBEL, DISTRICT JUDGE:**

In consideration of the Motion by Out of State Attorney Brenda Grantland for admission pro hac vice, and supporting declaration, it is this ____ day of _____ hereby

ORDERED that the motion is granted.

```
                                        _____
                                        RYA W. ZOBEL
                                        United States District Judge
```

Jeffrey P. Allen (BBO# 015500)
Eric B. Goldberg (BBO# 564398)
Seegel Lipshutz & Wilchins, P.C.
Wellesley Office Park
20 William Street, Suite 130
Wellesley, MA 02481

Brenda Grantland, Esq.
Law Office of Brenda Grantland
20 Sunnyside Suite A-204
Mill Valley, CA 94941

Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

J. Thomas Kerner, Esq.
230 Commercial Street
First Floor
Boston MA 02109