UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",<br><br>        Defendant.<br>_____<br><br>KERRY SCOTT LANE,<br><br>        Claimant.<br>_____ | Civil Action # 05-10192 RWZ |

## NOTICE OF APPEAL

Notice is hereby given that Claimant Kerry Scott Lane, M.D., above named, hereby appeals from the judgment forfeiting the defendant property, entered in the above entitled action on July 19, 2005; the order denying his Rule 60(b) motion (filed July 27, 2005, and denied by order entered August 18, 2005); and the order denying his Rule 59(e) Motion to Alter/Amend (filed August 29, 2005, and denied by order entered October 18, 2005).

By the Court,

_____
Date                                                                   Deputy Clerk

(NoticeofAppeal.wpd - 12/98)