UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name __US v. One Star Class Sailboat ... named Flash II__
District Court Case No. __05-10192-RWZ__    District of __Massachusetts__
Date Notice of Appeal filed __11-9-2005__    Court of Appeals Case No. __[redacted]__
Form filed on behalf of __Kerry Lane, M.D.__

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ___✓___
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter __None__
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name __Brenda Grantland__    Filer's Signature __Brenda Grantland__
Firm/Address __20 Sunnyside Suite A-204, Mill Valley CA 94941__
Telephone number __415-380-9108__    Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)    SEE INSTRUCTIONS ON REVERSE