UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | &#124; |
| | &#124; |
| Plaintiff, | &#124; |
| v. | &#124;   Civil Action # 05-10192 RWZ |
| | &#124; |
| ONE STAR CLASS SLOOP SAILBOAT | &#124; |
| BUILT IN 1930 WITH HULL NUMBER | &#124; |
| 721, NAMED "FLASH II", | &#124; |
| | &#124; |
| Defendant. | &#124; |
| _____ | &#124; |
| | &#124; |
| KERRY SCOTT LANE, M.D. | &#124; |
| | &#124; |
| Claimant. | &#124; |
| _____ | &#124; |

**MOTION TO CONDUCT THE SEPTEMBER 14 STATUS HEARING
BY TELEPHONE**

Claimant, Kerry Scott Lane, M.D., through undersigned counsel, hereby moves this

Honorable Court to conduct the September 14 status hearing telephonically.  As grounds for this

motion claimant states the following:

1.  Claimant's lead counsel is located in California.  Travel to Boston would be unduly

expensive for a status hearing that is likely to last half an hour or less.

2.  Local counsel, Eric Goldberg, and AUSA Shelbey Wright consent to this motion.

Attorney Thomas Kerner stated that because his client has already settled, he would not be

participating in any further proceedings.

3.  Counsel will be available for the 3 p.m. conference call at the following phone

numbers:

1

Brenda Grantland            415-381-6105[1]

Eric Goldberg              781-247-8022

AUSA Shelbey Wright         617-748-3289

Respectfully submitted,
Kerry Scott Lane, MD,

By his attorneys,


_____ /s/ Eric B. Goldberg _____
Jeffrey P. Allen (BBO# 015500)
Eric B. Goldberg (BBO# 564398)
Seegel Lipshutz & Wilchins, P.C.
Wellesley Office Park
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400

_____ /s/ Brenda Grantland _____
Brenda Grantland, Esq.
Law Office of Brenda Grantland
20 Sunnyside Suite A-204
Mill Valley, CA 94941
(415) 380-9108
Pro hac vice

---

[1] This number is normally a fax line, but the fax will be turned off on in time for the conference call.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| | \| |
| Plaintiff, | \| |
| v. | \|    Civil Action # 05-10192 RWZ |
| | \| |
| ONE STAR CLASS SLOOP SAILBOAT | \| |
| BUILT IN 1930 WITH HULL NUMBER | \| |
| 721, NAMED "FLASH II", | \| |
| | \| |
| Defendant. | \| |
| _____ | \| |
| | \| |
| KERRY SCOTT LANE, | \| |
| | \| |
| Claimant. | \| |
| _____ | \| |

**ORDER GRANTING
MOTION TO CONDUCT STATUS HEARING TELEPHONICALLY**

**ZOBEL, DISTRICT JUDGE:**

In consideration of the unopposed Motion to Conduct the September 14 Status Hearing

by Telephone, it is this _____ day of _____ hereby

ORDERED that the motion is granted.

_____
RYA W. ZOBEL
United States District Judge

Jeffrey P. Allen (BBO# 015500)
Eric B. Goldberg (BBO# 564398)
Seegel Lipshutz & Wilchins, P.C.
Wellesley Office Park
20 William Street, Suite 130
Wellesley, MA 02481

Brenda Grantland, Esq.
Law Office of Brenda Grantland
20 Sunnyside Suite A-204
Mill Valley, CA 94941

Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210