# United States Court of Appeals
## For the First Circuit

No. 06-1089

UNITED STATES OF AMERICA,

Plaintiff, Appellee,

v.

ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",

Defendant in Rem.

KERRY SCOTT LANE,

Claimant, Appellant.



**JUDGMENT**

Entered: August 16, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's order denying the Rule 60(b) motion is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. No costs are awarded.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 10/11/06

By the Court:

_____
Richard Cushing Donovan, Clerk

[Certified copies to Hon. Rya W. Zobel and Ms. Sarah A. Thornton, Clerk, United States District Court for Massachusetts. Copies to Ms. Wright, Mr. Kerner, Ms. Grantland, Mr. Goldberg, and Mr. Allen.]