# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil NO. 05-10192-RWZ

Title:   UNITED STATES V. ONE STAR CLASS SLOOP SAILBOAT

## N O T I C E

Please take notice that the above-entitled case previously assigned to Judge __RWZ__ has been transferred to Judge __WGY__ for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials __WGY__.

Thank you for your cooperation in this matter.

SARAH THORNTON,
CLERK OF COURT

By:   s/ Lisa A. Urso
      Deputy Clerk

Date:   12/13/06

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                   [ntccsasgn.]