UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff,       )<br>                                )<br>       v.                    )Civil Action No.05-10192-WGY<br>                                )<br>ONE STAR CLASS SLOOP SAILBOAT    )<br>BUILT IN 1930 WITH HULL NUMBER 721,)<br>NAMED "*FLASH II*,"                    )<br>      Defendant.            ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR WITHDRAWAL**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter.  Additionally, the government respectfully requests that this appearance be accepted as substitution for the appearance of AUSA Shelbey D. Wright, and that AUSA Wright be permitted to withdraw.  The undersigned briefed the issues involved in the only motion currently pending.  Therefore, the United States submits that the spirit of L.R. 83.5.2 is met and respectfully seeks leave that substitution be allowed.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney


                                            /s/ Nancy Rue
                                            Nancy Rue
                                            Assistant U.S. Attorney
                                            9200 J. Jos. Moakley US Courthouse
                                            One Courthouse Way
                                            Boston, MA 02210
                                            (617) 748-3260

## **CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Notice of Withdrawal and Substitution of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                           /s/ Nancy Rue
                                           Nancy Rue