UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action # 05-10192 RWZ |
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II", | |
| Defendant. | |
| KERRY SCOTT LANE, M.D. | |
| Claimant. | |

### ERRATA TO KERRY SCOTT LANE'S
### STATEMENT OF MATERIAL FACTS AND MEMORANDUM OF LAW

Claimant, Kerry Scott Lane, M.D., has found two errors in his pleadings e-filed on January 23, 2007.

On page 12 of Lane's Statement of Material Facts, the last sentence before the final quotation should read "In report of investigation prepared 9-28-04, the CW "*remembered*" that Anderson had paid him back for the sailboat loan."

In the last sentence on page 2 of Lane's Memorandum, the lawyer was Robert Harper, not Thomas Kerner.

We apologize for any inconvenience.

Respectfully submitted,
Kerry Scott Lane, MD,

By his attorneys,


_____/s/ Brenda Grantland_____
Brenda Grantland, Esq.
Law Office of Brenda Grantland
20 Sunnyside Suite A-204
Mill Valley, CA 94941
(415) 380-9108
Pro hac vice


_____/s/ Eric B. Goldberg____
Jeffrey P. Allen (BBO# 015500)
Eric B. Goldberg (BBO# 564398)
Seegel Lipshutz & Wilchins, P.C.
Wellesley Office Park
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400