UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

           Plaintiff,

v.

ONE STAR CLASS SLOOP SAILBOAT
BUILT IN 1930 WITH HULL NUMBER
721, NAMED "FLASH II",

           Defendant.

_____

KERRY SCOTT LANE, M.D.

           Claimant.

_____

WGY
Civil Action # 05-10192 ~~RWZ~~

## VERIFIED STATEMENT OF INTEREST

      Claimant, Kerry Scott Lane, M.D., through undersigned counsel, files this Verified

Statement of Interest in the property described above. As grounds for this claim claimant states

the following:

      1. I am a co-owner of the above-entitled property.

      2. I hereby claim the right to defend this action.

## VERIFICATION

      I, Kerry Scott Lane, M.D., verify that I have read the foregoing Claim, and declare under

penalty of perjury that the allegations therein are true and correct.

Executed on this 28th day of August, 2005.

_____
Kerry Scott Lane, M.D., Claimant

This Answer was previously filed as an exhibit to the Rule 59(e) motion to alter/amend -- Docket Entry #20, filed 8/29/2005.