UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action # 05-10192 WGY |
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II", | |
| Defendant. | |
| KERRY SCOTT LANE, M.D., | |
| Claimant. | |

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM,[1] WITH JURY DEMAND

Claimant, Kerry Scott Lane, M.D., through undersigned counsel, answers the Complaint for Forfeiture as follows:

1. Claimant admits the allegations of jurisdiction and venue in paragraph 1.

2. Claimant lacks sufficient information to admit or deny the allegations of paragraph 2.

3. Claimant admits the allegations of paragraph 3.

4. Claimant denies the allegations of paragraph 4.

5. Claimant denies the allegations of paragraph 5.

### First Defense

4. The complaint fails to state a claim upon which relief may be granted.

---

[1] This Answer was previously filed as an exhibit to the Rule 59(e) motion to alter/amend the order denying the Rule 60(b) motion, Docket Entry #20, filed 8/29/2005.

**Second Defense**

5. Service of process was insufficient under the Constitution and statutory law.

**Third Defense**

6. Claimant is an innocent owner whose interest is protected under 18 U.S.C. § 983(d)(6).

WHEREFORE, claimant prays:

1. That this action be dismissed;

2. That he be awarded interest and reasonable attorneys fees; and

3. For such other and further relief as may be deemed just and equitable.

**JURY DEMAND**

Claimant hereby demands trial by jury on all issues.

        Respectfully submitted,
        Kerry Scott Lane, MD,

        By his attorneys,

        _____ /s/ Brenda Grantland_____
        Brenda Grantland, Esq.
        20 Sunnyside Suite A-204
        Mill Valley, CA 94941
        (415) 380-9108
        (Pro hac vice)

        _____ /s/Eric B. Goldberg_____
        Jeffrey P. Allen (BBO# 015500)
        Eric B. Goldberg (BBO# 564398)
        Seegel Lipshutz & Wilchins, P.C.
        Wellesley Office Park
        20 William Street, Suite 130
        Wellesley, MA 02481
        (781) 237-4400
        Local counsel