UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No.05-10192-WGY<br>) |
| ONE STAR CLASS SLOOP SAILBOAT<br>BUILT IN 1930 WITH HULL NUMBER 721,<br>NAMED "*FLASH II*,"<br>        Defendant. | )<br>)<br>)<br>)<br>) |

## GOVERNMENT'S MOTION FOR BRIEF EXTENSION OF TIME
### (Assented to)

In the Joint Statement filed on February 21, 2007 and adopted by the Court as an Order on February 22, 2007, the United States proposed to file a memorandum regarding the value of the sailboat in this case on March 20, 2007.

Recently, the undersigned counsel has been involved in an unexpected briefing regarding the applicability of a mandatory minimum sentence for a criminal defendant in another case. The undersigned therefore anticipates that completion and review of the instant brief will not be completed by March 20. The undersigned has conferred with counsel for Claimant, who has assented to an extension of time until March 23, 2007 for filing of the brief.

Accordingly, the United States respectfully moves that the Court extend the deadline of March 20 to March 23, 2007.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                    By:    /s/ Nancy Rue
                            Nancy Rue
                            Assistant U.S. Attorney

## COMPLIANCE WITH L.R. 7.1

I certify that I attempted to confer with counsel for Lane, who has assented to the relief requested in this motion.

                                            /s/ Nancy Rue  
                                            Nancy Rue

## CERTIFICATE OF SERVICE

I hereby certify that these documents filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Nancy Rue  
                                            Nancy Rue  
                                            Assistant U.S. Attorney