UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br><br>     v.<br>ONE STAR CLASS SLOOP SAILBOAT<br>BUILT IN 1930 WITH HULL NUMBER<br>721, NAMED "FLASH II,"<br><br>          Defendant. | )<br>)<br>) Civil Action # 05-10192-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT OF UNDISPUTED FACTS PURSUANT TO L.R. 56.1**

1. Ole Anderson engaged in drug deals with a DEA cooperating witness ("CW"). Docket Entry 1-1 at ¶¶ 13-15.

2. The CW invested drug money in the Sailboat at the time that Anderson first purchased it. Id. at ¶ 16.

3. The CW sold drugs to Ole Anderson, and Anderson was arrested in possession of the drugs. Id. at ¶ 18.

4. In payment for the seized drugs, and in payment for concealing the CW's involvement in the drug transactions, Anderson received the CW's interest in the Sailboat. Id.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ Nancy Rue
                                    KRISTINA E. BARCLAY
                                    NANCY RUE
                                    Assistant U.S. Attorneys
                                    United States Courthouse
                                    One Courthouse Way
                                    Suite 9200
                                    Boston, Massachusetts 02210
Dated:    March 22, 2007            (617)748-3100

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Nancy Rue
                                            Nancy Rue
                                            Assistant United States Attorney

Date:    March 22, 2007