AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US v. Flash II

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 05-10192-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Rue, AUSA | Grantland |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5/24/07 |  |  | Gary Milo |
|  |  |  |  | 1 | Information Gary Milo |
|  |  |  |  | 2 | Judgment - Milo |
|  |  |  |  | 3 | Ntc of Appeal Milo |
|  |  |  |  | 4 | Second amend prelim. order of forfeiture Milo |
|  |  |  |  | 5 | Catalog of Guernsey's |
|  |  |  |  | 6 | Statement - have docs |
|  |  |  |  | 7 | docket |
|  |  |  |  | 8 | Cert copy Conviction Anderson |
|  |  |  |  |  | Dr. Lane - witness |
|  |  |  |  | 9 | Marblehead Trading Co - Document (invoice) |
|  |  |  |  | 10 | Inter. Star Class Letter |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages