```
                UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,         )
        Plaintiff,           )
                              )
        v.                    )Civil Action No.05-10192-WGY
                              )
ONE STAR CLASS SLOOP SAILBOAT     )
BUILT IN 1930 WITH HULL NUMBER 721,)
NAMED "*FLASH II*,"               )
        Defendant.           )

## NOTICE OF FILING OF TRANSCRIPT AND EXHIBITS THERETO OF TELEPHONIC DEPOSITION OF ARLAN ETTINGER

Pursuant to Federal Rule of Civil Procedure 32(a)(3)(B), and consistent with the Court's suggestion at the Bench Trial on May 24, 2007 (TR at 132), the United States hereby provides notice of the filing of the transcript and exhibits thereto of the Telephonic Deposition of Arlan Ettinger, dated June 7, 2007.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney


                                By:  /s/ Nancy Rue
                                   Nancy Rue
Dated: June 29, 2007           Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

A copy of the foregoing notice (without attachments) was served upon Claimant's counsel by electronic mail.

                                By:  /s/ Nancy Rue
                                   Nancy Rue
Dated: June 29, 2007           Assistant U.S. Attorney