CLIFF STREET

MARBLEHEAD TRADING CO.
89 FRONT STREET
MARBLEHEAD, MA    01945

(781) 631-4650

*Kim for your file*

Invoice #    500715
Invoice Date  04/24/98

Boat Name: FLASH II

To:  Harper, Robert A.
     Law Firm, P.A.
     P.O. Box 10132
     Tallahassee      FL  32302

     Home Phone:  (0 ) 0  -0
     Work Phone:  (561) 278-3979

Work Order # 500715
Mooring #
C/J:          0

Launch/Haul Date:
Launch/Haul:      0

*TERMS: PAYABLE UPON RECEIPT. Finance Chg. 1.5% per Month on Overdue Accounts

| CODE | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| — | Transport boat from New York to | | | |
| — | Marblehead, MA | 1.00 | 500.00 | 500.00 |

*Mailed to O.L. Anderson 4/24/98*

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **
** ALL WORK MUST BE PAID IN FULL BEFORE BOAT LEAVES YARD **

COMMENTS:

TOTAL MATERIAL  $
TOTAL LABOR     $
TOTAL TAX       $
                ------------
TOTAL DUE       $    500.00
                Marblehead 000006

INVOICE NO

**MARBLEHEAD TRADING CO.**
89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

C/B PHONE

JOB NAME/LOCATION

FLASH II

_____ _____

DATE/FOR ORDER#

4/19/97

ORDER TAKEN BY

PHONE

TO
Robert A. Larpar lav Vith
205 Park Av
P O Box 10132
Tallahassee, FL 32302-0132

C/o Anderson. 710 C. Lake Av, Daltray Beach, FL

| QTY. | MATERIAL | PRICE | AMOUNT |
|------|----------|-------|--------|
| STOCK | Inv A/P3204 | | 1.96 |
| | 74220 | | .93 |
| | 09271 | | .02 |
| | RC321 | | 7.37 |
| | B3417 | | 1.05 |
| | ER434 | | 98.43 |
| | IR454 | | 55.65 |
| | IR495 | | 0.10 |
| | T5820 | | 69.99 |
| | | | 475.00 |
| | Less 20% | | 94.40 |
| | | | 377.60 |

| TERMS | DESCRIPTION OF WORK | AMOUNT |
|-------|---------------------|--------|
| 4/20/97 - 7/20/97 | | |
| | Moving | |
| | Step and unstep | |
| | Hanging boat | |
| | Paint/Varnish | |
| | Prep for shipping | |
| | Load on trailer | |

**TRUCKING**

| | | |
|--|--|--|
| | | 400.00 |
| TOTAL LABOR | | 957.50 |
| TOTAL MATERIALS | | 377.60 |
| TAX | | 18.38 |
| PAY THIS AMOUNT | | 98 |

WORK ORDERED BY
SIGNATURE

DATE COMPLETED
8-12-97

TRUCK Marblehead 000027

* * YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR * *

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:
1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

**INVOICE NO.** 25-33

| JOB PHONE | DATE OF ORDER |
|---|---|
| JOB NAME/LOCATION: | |
| FLASH IT | |
| Starboat #701 | |
| PHONE | |
| ORDER TAKEN BY | |

TO:
c/o Robert A. Harper Law Firm
P. O. Box 10132
Tallahassee, FL 32302-2132

TERMS: Ole Anderson, 718 S. Lake Av., Delray Beach, Fl

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | 13-172 |
| | | | 22 20 |
| | | | 72 02 |
| | | | 7 80 |
| | | | 12 09 |
| | | | 93 |
| | | | 35 66 |
| | | | 9 10 |
| | | | 26 97 |
| 1 | less 6/2 | | |
| | 36 0 | | |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| 4-30-97 — 7-30-97 | |
| mousing | |
| Steel/unship | |
| Harco'ss box | |
| main off varnish | |
| prop for varnish | |
| gear striping | |
| road CH Vanilla | |
| | Cap dy tanc |
| | Dec H. 49 6 20 00 |
| | TOTAL LABOR 767 50 |
| | TOTAL MATERIALS |
| | TAX |
| | **TRANK YOU! PAY THIS AMOUNT →** |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:
1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.
I have read, understand and agree to the above terms

SIGNATURE _____

WORK ORDERED BY _____

SIGNATURE (I hereby acknowledge the satisfactory completion of the above described work) _____    DATE COMPLETED _____

Marblehead 000029

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

INVOICE NO. 35330

| JOB PHONE | | DATE OF ORDER |
|---|---|---|
| | | 3/18/97 |

JOB NAME/LOCATION

Ole Anderson
719 S. Lake Ave, Delray Beach, Fl.

Starboat #751

TO:
Robert A. Harner Law Firm
355 Park Ave
P. O. Box 10199
Tallahassee   FL   32302-0199

ORDER TAKEN BY

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | Trk # 12759 | | 42.80 |
| | #2979 | | 79.05 |
| | 37983 | | 19.30 |
| | 3700S | | 78.51 |
| | T-451 | | 87.27 |
| | | | 257.11 |
| | Less 20% | | 71.42 |
| | | | 285.69 |
| | MTB132 Aluminex | | 10.99 |
| | Qts. 0 Smar 101 Semi White | | 44.80 |
| | Bronze Fasteners | | 24.40 |
| | Mahogany | | 10.80 |
| | | | 285.77 |

**·· YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR ··**

| TERMS | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|
| | LABOR 3-18-97 thru 3-19-97 | |
| | Mount deck hardware | |
| | Install keel | |
| | Swan trailers | |
| | Install rudder | |
| | Re-install bronze knees | |
| | | |

| | |
|---|---|
| TOTAL LABOR | 1003.00 |
| TOTAL MATERIALS | 1982.77 |
| TAX | |
| PAY THIS AMOUNT → | 3985.77 |

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1½ per month will be charged on amounts past due over 90 days.

I have read, understand and agree to the above terms.

SIGNATURE



Marblehead 000039

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

**INVOICE NO.** 255 30

| | |
|---|---|
| JOB PHONE | DATE OF ORDER 6/15/16 |
| JOB NAME / LOCATION | |
| FLASH FI | |
| Seaport #731 | |

TO:
Robert A. Banner 1st tim
395 Park Ave
P O Box 1010
Tallahassee, FL 30302-0100

Mo Anderson
718 S. Lake Ave. Delray Beach Fl

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | B-7436 | 4 | 52 |
| | B-7773 | 77 | 25 |
| | B-7763 | 63 | 37 |
| | B-268 | 78 | 51 |
| | 7645 | 87 | 72 |
| | | Loss 20% | 71 97 |
| | HALT R-7-Alumimum | 16 | 87 |
| | 7 left Seven 1/4 bolt | 64 80 | |
| | brazen fasteners | 24 49 | |
| | Hot Dip dry | 16 80 | |

**DESCRIPTION OF WORK**

| | | AMOUNT |
|---|---|---|
| LABOR 2-18-97 — 3-13-97 | | |
| Mount Deck Hardware | | |
| Install Keel | | |
| Sump Tumblers | | |
| Install Rudder | | |
| Re-Install Bronze Wheel | 650 of 14 hrs Shp | 50 00 |
| | | 477.00 |
| | | 1473.00 |
| | TOTAL LABOR | 1573.95 |
| | TOTAL MATERIALS | 302.77 |
| | TAX | |

THANK YOU!

PAY THIS AMOUNT → 

TERMS

ORDER TAKEN BY

PHONE

* * YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR * *

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1½% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

Marblehead 000041

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

INVOICE NO. 25-501

DATE OF ORDER: 2/2/97

| JOB PHONE | | DATE OF ORDER |
|---|---|---|
| JOB NAME / LOCATION | | |

BY: M. T. I
Seaplant #501

ORDER TAKEN BY:

TO:

S. Robert A. Werner Law Firm, P.A.
509 North Ave
P. O. Box 10108
Tallahassee, FA 32302-0108

Glen Anderson

TERMS

| MATERIAL | PRICE | AMOUNT |
|---|---|---|
| Pine 1x10'c | | 73.41 |
| 16'x61 | | 21.85 |
| | | 161.00 |
| Lead 2x1 | 2.01 | 20.20 |
| | | 81.02 |
| Bronze 3/4"oz's | | 46.57 |
| | | 079.91 |

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| Floor boards | |
| Glue up rub rail | |
| Pry off rub rails and remove for finishing | |
| Fabricate deck hardware | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL LABOR | 1057 50 |
| TOTAL MATERIALS | 00 00 |
| TAX | |
| PAY THIS AMOUNT | 11.7 1r |

**THANK YOU!** Marblehead 000054

WORK ORDERED BY

DATE COMPLETED: 2/4/97

SIGNATURE (The undersigned agrees to completion of the above described work.)

* * YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR * *

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days

I have read, understand and agree to the above terms.

SIGNATURE:

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

**INVOICE NO.** 52228

| JOB PHONE | | DATE OF ORDER |
|---|---|---|
| | | 1/29/97 |

JOB NAME/LOCATION

TO: Point A Barper New Firm P.J.
P.O. Box 10132
West Park Ave
Tallahassee, FA 32302-0132

TERMS: Stephone H501

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 1 x | 1 Teak | 51 67 | |
| | 753424 | 10 74 | |
| | 17873 | 50 21 | |
| | 17391 | 73 33 | |
| | 773904 | 38 45 | |
| | | 256 37 | |
| | less 30% | -46 47 | |
| | | 185 80 | |
| ¾" Monel Staples 1 bx | | 10 | |
| Putty knife, etc. | | 28 04 | |
| Lumber, Pine | | 63 84 | |
| Mahogany | | 140 10 | |
| Honduras Mahogany | | 186 00 | |
| 10 R.H.Mach Screws w/Auth. Wash | | 29 02 | |
| | | 657 19 | |

**· · YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR · ·**

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| LABOR Thru the 29th of January 1997 | |
| Fabricate and install rudder tube | |
| Block and install rudder tube | |
| Install Forestay fitting | |
| Fare/deck beams | |
| Install decking | |
| Fare decking | |
| Fabricate floor boards | |
| Install canvas | |
| Fabricate stem plate | |
| Modify sleeve assembly for Forestay | |

Finish for marshall

| | | |
|---|---|---|
| TOTAL LABOR | 3139 | 00 |
| TOTAL MATERIALS | 657 | 18 |
| TAX | | |
| PAY THIS AMOUNT → | 3913 | 57 |

THANK YOU!

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1½% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

Marblehead 000060

## MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

INVOICE NO. **25228**

| JOB PHONE | DATE OF ORDER 1/22/97 |
|---|---|
| JOB NAME/LOCATION | |

FLASH II

TO:

Robert A. Harper Law Firm, P.A.
325 West Park Ave
P. O. Box 10132
Tallahassee, FA 32302-2132

Starboat #721

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | |



**DESCRIPTION OF WORK**

| | AMOUNT |
|---|---|
| | |

| | |
|---|---|
| TOTAL LABOR | 319 00 |
| TOTAL MATERIALS | |
| TAX | |
| PAY THIS AMOUNT → | |

WRITTEN CONFIRMED BY _____ DATE COMPLETED _____

SIGNATURE — I hereby acknowledge the satisfactory completion of the above described work.

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

Marblehead 000062

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(617) 639-0029**
**FAX (617) 631-0542**

**INVOICE NO.** 5203

| JOB PHONE | | |
|---|---|---|
| FOR NAME/LOCATION | DATE OF ORDER | |
| | 1/20/97 | |
| CASH [ ] | | |
| Starboat #751 | | |
| | ORDER TAKEN BY | PHONE |

**TO:**
S. Robert A. Harper Law Firm P.A.
225 West York Street
P. C. Box 10132
Tallahassee, FA 32302-0132

**TERMS:**

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 1 ov. #75386 | B7812 | | 339.55 |
| | B7812 | | 50.59 |
| | B3836 | | 196.48 |
| | B7849 | | 493.06 |
| | B7856 | | 49.27 |
| | | | 1138.04 |
| | Less 20% | | -227.79 |
| | | | 911.15 |
| | Brown Flat Stock | | 91.50 |
| | Lumber | | 29.74 |
| | Canvas | | 34.14 |
| | Mahogany | | 17.86 |
| | Stripper (net) | | 91.83 |
| | | | 1045.22 |

**** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR ****

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee, and court costs incurred in: enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE _____

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| LABOR for chain plates and hull faring   Ole Anderson | 1075.50 |
| Misc heating costs | 120.00 |
| (Through 1/20/97) | |

| | |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | 1045.22 |
| TAX | 50.96 |
| **THANK YOU!**  PAY THIS AMOUNT → | |



Marblehead 000080

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

INVOICE NO. 05203

| JOB PHONE | DATE OF ORDER |
|---|---|
| JOB NAME/LOCATION | 1/10/97 |

PLASH II

Starboat #781

TO:

½ Robert A. Harmon Law Firm, P.A.
325 West Park Drave
P. O. Box 10190
Tallahassee, FL 32302-2139

Ole Anderson

| ORDER TAKEN BY | PHONE |
|---|---|

TERMS:

| QTY | MATERIAL | PRICE | AMOUNT | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|---|---|---|
| 1 | 536 | | 339.65 | LABOR For Olwia Phillip's | |
| R | 7812 | | 51.58 | DAY Hull Towing. | |
| R | 7834 | | 196.48 | Stock Charges | 1075.56 |
| B | 7848 | | 498.06 | | |
| B | 7856 | | 482 | MISC Haslire Costs | 100.00 |
| | | | 1139.99 | Tillooysh 1/20/97 | 1875.15 |
| | LESS 25% | | 227.79 | | |
| B | Bronze Hull Stack | | 315.50 | | |
| | Lumber | | 28-24 | | |
| | Markers | | 34.17 | | |
| | Maths | | 17.56 | | |
| | Shippey (best) | | 21.83 | Trivia V | 2030 |
| | | | 911.15 | | |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees
as follows:
1. Payment for parts and service invoices is due 30 days from date of invoice
2. Any account past due over 60 days will automatically be placed on C.O.D. and
   credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of
   the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due
   over 30 days.

I have read, understand and agree to the above terms

SIGNATURE _____

WORK ORDERED BY _____

DATE COMPLETED _____

SIGNATURE (I hereby acknowledge the satisfactory completion of the above described work)

DATE COMPLETED _____

| | | |
|---|---|---|
| TOTAL MATERIALS | 1045 | 22 |
| TOTAL LABOR | | |
| TAX | | |
| PAY THIS AMOUNT → | THANK YOU! | |

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(617) 639-0029**
**FAX (617) 631-0542**

**INVOICE NO.** 22035

| | DATE OF ORDER |
|---|---|
| JOB PHONE | 11/20/96 |
| JOB NAME/LOCATION | |

TO: Robert A. Harper Law Firm, P.A.
325 West Park Ave.
P. O. Box 10132
Tallahassee, FL 32302-2132

| PHONE | 904-224-5900 |
|---|---|
| ORDER TAKEN BY | FAX 224-9800 |

Mr. Ole' Anderson
PHASE II
#701

**TERMS:**

**DESCRIPTION OF WORK**

Work to date rebuilding PHASE II

11-26-96 thru 12-20-96

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | Inv. #2340 | | 177.13 |
| | B7735 | | 88.52 |
| | B7735 | | 46.10 |
| | B7767 | | 44.19 |
| | B7777 | | 52.42 |
| | Jessicne | | 406.78 |
| | | | 81.76 |
| | Lumber (Cedar Mahog Pine) | | 227.00 |
| | | | 835.00 |
| | Silicone Enze Fasteners | | 163.00 |
| | | | 1696.95 |

| | AMOUNT |
|---|---|
| TOTAL LABOR | 2035.50 |
| TOTAL MATERIALS | 1226.95 |
| TAX | |
| PAY THIS AMOUNT → | 3111.0 45 |

*THANK YOU!*

CONFIDENTIAL
Dec 31 '96

**·· YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR ··**

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees
as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

Marblehead 000096

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

INVOICE NO. 25085

| JOB PHONE | DATE OF ORDER 11/26/96 |
| JOB NAME, LOCATION | |

FLASH II
#721    Starboo

TO:
Robert A. Harper Law Firm
P. O. Box 10132
Tallahassee, FL 32302-2132

PHONE 904 224-5000
FAX 224-0800
ORDER TAKEN BY

Mr. Ole' Anderson

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 5347 | | 177.12 |
| 8 | 7758 | | 46.19 |
| 6 | 7736 | | 88.52 |
| 8 | 7767 | | 44.49 |
| 8 | 7777 | | 51.46 |
| | | | 409.78 |
| | Less 20% | | < 81.76> |
| | | | 327.02 |
| | Luszell | | |
| | Cepar Malloy | | 92.40 |
| | Plug | | 82.07 |
| | | | 74.46 |
| | | | 560.00 |
| | Silicon Bronze Fasteners 167.00 | | 26.30 |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:
1. Payment for parts and service invoices is due 30 days from date of invoice
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

| | DESCRIPTION OF WORK | | AMOUNT |
|---|---|---|---|
| Work Flash II | To Date 12-20-96 | Rebuilding | |
| 11-26-96 | | | |
| | | Labor | 980.50 |
| 40 | Tax | Boy 15 Belay | |
| Shipping | G of | of Slate | |
| | | TOTAL LABOR | 980.50 |
| | | TOTAL MATERIALS | 1326.95 |
| | | TAX | |
| | | PAY THIS AMOUNT → | 1113.45 |

WORK ORDERED BY

SIGNATURE (UNDER SIGNED ACKNOWLEDGES THE SATISFACTORY COMPLETION OF WORK DESCRIBED HEREIN)

DATE COMPLETED

THANK YOU!

Less Deposit <3000.00
8132.45

Marblehead 000098

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(781) 639-0029**
**FAX (781) 631-0542**

INVOICE NO. 27530

| JOB PHONE | DATE OF ORDER |
|---|---|
| JOB NAME/LOCATION | |
| | Klash II |
| | Starboat #161 |

TO: Mr. Ole Anderson

718 South Lake Ave.

Del Ray Beach, FL 33483

PHONE:

ORDER TAKEN BY:

TERMS

| DESCRIPTION OF WORK | AMOUNT | |
|---|---|---|
| SUMMER STORAGE @ $100.00/mo | 300 | 00 |
| WINTER STORAGE, 1998-99 | 300 | 00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL LABOR | | |
| TOTAL MATERIALS | | |
| TAX | | |
| THANK YOU! | AMOUNT ▸ | |

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co, the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in entering collection of the account.
4. Finance charges at a rate of 1½% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

Signature



# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(617) 639-0029**
**FAX (617) 631-0542**

| JOB PHONE | DATE OF ORDER |
| --- | --- |
| JOB NAME & LOCATION | |
| | FLASH II |
| | Starboat #791 |

ORDER TAKEN BY

TO:
Robert A. Harper Law Firm
315 Park Ave
P. O. Box 10150
Tallahassee, FL 32302-2150

Mr. Ole Anderson
718 S. Lake Ave
Delray Beach, FL 33483

PHONE

TERMS.

| QTY | DESCRIPTION OF WORK | AMOUNT |
| --- | --- | --- |
| | Inv. #7005 | 58 47 |
| | 7034 | 46 35 |
| | 7040 | 50 91 |
| 1 CT Dolomite 2005 Natural Bedding | | 16 51 |
| | | 161 24 |
| | less 50% | 80 62 |
| | | 128 99 |
| Mahogany | | 96 27 |
| | | 225 26 |
| | | |

THANK YOU!
PAY THIS AMOUNT ▶

Marblehead 000116

---

| QTY | MATERIAL | PRICE | AMOUNT |
| --- | --- | --- | --- |
| | | | |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn
3. Pay reasonable attorney fee and court costs incurred in entering collection of the account.
4. Finance charges at a rate of 1½ per month will be charged on amounts past due over 30 days

I have read, understand and agree to the above terms



# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(617) 639-0029**
**FAX (617) 631-0542**

INVOICE NO. _____

| JOB PHONE | | DATE OF ORDER |
|---|---|---|
| JOB NAME/LOCATION | | |
| | ORDER TAKEN BY | |

TO:  Robert A. Warner Law Firm
325 Park Ave.
P. O. Box 10132
Tallahassee, Fl  32302-2132

Mr. Ole Andersen
718 S. Lake Ave
Delray Beach, Fl 33483

Starboat #721

BLACK II

PHONE

TERMS        561-278-3975

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms

SIGNATURE

| DESCRIPTION OF WORK | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

WORK ORDERED BY

SIGNATURE (I hereby acknowledge the satisfactory completion of the above described work)

| | |
|---|---|
| | TOTAL LABOR |
| | TOTAL MATERIALS |
| | TAX |
| THANK YOU! | PAY THIS AMOUNT ➞ |

DATE COMPLETED:

Marblehead 000118

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

**INVOICE NO.** 25166

| | |
|---|---|
| CUSTOMER | DATE OF ORDER |
| | 11/13/96 |
| YR. NAME, LOCATION | |
| FLASH II | |
| STAR BOAT 4721 | |

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Silicone Bnz. Fasteners | 2.14 | 299.45 |
| | Threaded Rod & fasteners | 50.74 | |
| | | 1.97 | |
| | | 4.70 | |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 90 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE _____

| | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|
| TO | | |
| Robert L. Bennett Jr. | | |
| 229 West Lake Ave | | |
| P.O. Box 1011 | | |
| Dalisbasse PA 02210 0130 | | |
| LABOR 10/5 9/26 07/08/97 | | 418.50 |

| | |
|---|---|
| TOTAL LABOR | 418 50 |
| TOTAL MATERIALS | 299 48 |
| TAX | 19.08 09 |
| | .304 50 |

Credit Labor
charged on inv.

THANK YOU!

PLEASE PAY THIS AMOUNT 919.46



WORK ORDER # 11-13-97

SIGNATURE (I hereby authorize the above work to be performed at the price listed above)
DATE COMPLETED 11/07/97

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

**(617) 639-0029**
**FAX (617) 631-0542**

| INVOICE NO. | |
|---|---|
| JOB PHONE | DATE OF ORDER |
| | 12/31/96 |
| JOB NAME/LOCATION | |
| FLASH II | |
| | Star Boat #721 |

TO:
∆ Robert A. Harner Law Firm P.A.
925 West Park Ave
P. O. Box 10122
Tallahassee FL 32302-2132

TERMS:

**PHONE**

**ORDER TAKEN BY**

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| 100 | Inc. # 2780 | | 87 31 |
| | 87787 | 69 96 | |
| | 67300 | 54 02 | |
| | T5362 | 434 80 | |
| | Less 20% | -126 96 | |
| | | 507 84 | |
| | Threaded Rod & Fasteners | 95 34 | |
| | Silicone Brz Fasteners | 256 28 | |
| | | 788 46 | |

| | DESCRIPTION OF WORK | AMOUNT |
|---|---|---|
| LABOR 12/3 9/96 - 01/08/97 | | 418 50 |

| | |
|---|---|
| TOTAL LABOR | 418 50 |
| TOTAL MATERIALS | 788 46 |
| TAX | 42 94 |
| | THANK YOU! |
| PAY THIS AMOUNT ▶ | |

WORK ORDERED BY _____    DATE COMPLETED _____

SIGNATURE _____

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE _____

Marblehead 000126

# MARBLEHEAD TRADING CO.

89 Front Street
MARBLEHEAD, MA 01945-3201

(617) 639-0029
FAX (617) 631-0542

**INVOICE NO.** 25402

Marblehead 000137

| | JOB PHONE | DATE OF ORDER |
|---|---|---|
| | | 1/15/97 |
| | JOB NAME / LOCATION | |

TO:
Robert A. Harper Law Firm
325 Park Ave
P. O. Box 10192
Tallahassee, FL 32302-2192

| QTY | MATERIAL | PRICE | AMOUNT |
|---|---|---|---|
| | Tax @ 18:40 | | 18.50 |
| | 8B017 | | 29.72 |
| | Less 20% | | 59.07 |
| | | | 11.65 |
| | | | 46.00 |
| | 75486 | | 6.45 |
| | | | 40.17 |
| 2 | Qts 101 Semi White | | 44.80 |
| | | | 84.07 |

TERMS

**DESCRIPTION OF WORK**

OLE ANDERSON, 718 S. Lake Ave.,
Delray Beach, FL

Glue up mast and boom cradle

Fabricate mast wedges

Move boat for filming



| | | PHONE |
|---|---|---|
| | | ORDER TAKEN BY |

** YARD IS NOT RESPONSIBLE FOR MAST HEAD GEAR **

In the event that credit is extended by Marblehead Trading Co., the undersigned agrees as follows:

1. Payment for parts and service invoices is due 30 days from date of invoice.
2. Any account past due over 60 days will automatically be placed on C.O.D. and credit privileges withdrawn.
3. Pay reasonable attorney fee and court costs incurred in enforcing collection of the account.
4. Finance charges at a rate of 1% per month will be charged on amounts past due over 30 days.

I have read, understand and agree to the above terms.

SIGNATURE

| | AMOUNT |
|---|---|
| TOTAL LABOR | |
| TOTAL MATERIALS | |
| TAX | |
| **THANK YOU!** | |
| FAX THIS AMOUNT ➜ | |

  

# INVOICE

**7601-1**

## Marblehead Trading Company

89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

**Date:** 11/2/2004
**Page 1**

| Bill To: | Anderson, Ole | **Boat Name:** | **FLASH** |
|---|---|---|---|
| | 321 W Arcade | **Home Phone:** | (561) 573-2602 |
| | Clewiston,FL 33440- | **Work Phone:** | |

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 7601 | AND012 | 11/2/2004 | | FLASH1 | |

| Code | Description | | | Quantity: | Unit Price: | Extended Price: |
|---|---|---|---|---|---|---|
| CREDIT | CREDIT | CREDIT | CREDIT | | | |
| | | | | | | |
| S7 | INSIDE STORAGE 2004-2005 SEASON | | | -1 | 600.00 | -600.00 |

**Total Material**  $0.00

** Yard is not responsible for mast head gear **
** All work must be paid in full before boat leaves yard **
** Finance Charge 1.5% per Month on Overdue Accounts **

**Tax:**  0.00
**Total:**  ($600.00)



STATEMENT DATE

ACCOUNT NUMBER

$ _____ AMOUNT ENCLOSED

ACCOUNT NAME

STATEMENT DATE    ACCOUNT NUMBER

PLEASE DETACH AND
RETURN THIS PORTION
WITH YOUR PAYMENT

CHECK ITEMS
BEING PAID

CODES: I = INVOICE  D = DEBIT MEMO  C = CREDIT MEMO  B = BALANCE FORWARD
P = PAYMENT  A = DISCOUNT ALLOWED  F = FINANCE CHARGE

| DATE | CODE | REFERENCE | CHARGES AND CREDITS | BALANCE | REFERENCE NO. | CODE | AMOUNT DUE |
|------|------|-----------|---------------------|---------|---------------|------|------------|
|      |      |           |                     |         |               |      |            |

PLEASE PAY          TOTAL

Marblehead 000161



# INVOICE

**7415-1**

## Marblehead Trading Company
89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

**Date:** 9/18/2004
Page 1

Bill To:  Anderson, Ole
321 W Arcade

Clewiston,FL  33440-

**Boat Name:** **FLASH**

**Home Phone:** (561) 573-2602

**Work Phone:**

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 7415 | AND012 | 9/18/2004 | | FLASH1 | |

| Code | Description | Quantity: | Unit Price: | Extended Price: |
|---|---|---|---|---|
| S7 | INSIDE STORAGE 2004-2005 SEASON | 1 | 600.00 | 600.00 |

**Total Material** $0.00

** Yard is not responsible for mast head gear **
** All work must be paid in full before boat leaves yard **
** Finance Charge 1.5% per Month on Overdue Accounts **

**Tax:** 0.00

**Total:** $600.00



# INVOICE

7559-1

## Marblehead Trading Company

89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

Date:  10/13/2004
Page 1

Bill To:  Anderson, Ole
321 W Arcade

Clewiston, FL 33440-

Boat Name:  **FLASH**

Home Phone:  (561) 573-2602

Work Phone:

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 7559 | AND012 | 10/13/2004 | | FLASH1 | |

| Code | Description | Quantity: | Unit Price: | | Extended Price: |
|---|---|---|---|---|---|
| - | Remove and launder cover (7/13/04) | 1 | 50.00 | | 50.00 |
| * | STOCK: Inv. #B16459 | 1 | 57.68 | T | 57.68 |

|  |  |  |
|---|---|---|
| **Total Material** | $57.68 | **Tax:** 2.88 |
| | | **Total:** $110.56 |

** Yard is not responsible for mast head gear **
** All work must be paid in full before boat leaves yard **
** Finance Charge 1.5% per Month on Overdue Accounts **





# INVOICE

6937-1

**Marblehead Trading Company**
89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

Date:  7/16/2004
Page 1

Bill To: Anderson, Ole
321 W Arcade

Clewiston, FL  33440-

Boat Name:  **FLASH**

Home Phone:  (561) 573-2602

Work Phone:

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 6937 | AND012 | 7/16/2004 | | FLASH1 | |

| Code | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| - | Summer Storage | 3 | 100.00 | 300.00 |

**Total Material**  $0.00

Tax:  0.00

** Yard is not responsible for mast head gear **

** All work must be paid in full before boat leaves yard **

Total:  $300.00

** Finance Charge 1.5% per Month on Overdue Accounts **

JUL 1 9 2004



# INVOICE

## 6328-1

## Marblehead Trading Company

89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

Date:  1/6/2004
Page 1

| Bill To: | Anderson, Ole | | Boat Name: | **FLASH** |
| | 321 W Arcade | | Home Phone: | (561) 573-0021 |
| | Clewiston, FL 33440- | | Work Phone: | |

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 6328 | | 1/6/2004 | | FLASH1 | |

| Code | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| - | Temporary Storage | 1 | 500.00 | 500.00 |
| - | Remove covers. Wash/dry. Recover | 1 | 100.00 | 100.00 |
| - | | | | |
| - | | | | |
| - | | | | |
| - | | | | |

| | Total Material | $0.00 | Tax: | 0.00 |
|---|---|---|---|---|
| | | | Total: | $600.00 |

\*\* Yard is not responsible for mast head gear \*\*
\*\* All work must be paid in full before boat leaves yard  \*\*
\*\* Finance Charge 1.5% per Month on Overdue Accounts \*\*

- 7 2004

Marblehead 000167



# INVOICE

## 5871-1

## Marblehead Trading Company

89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

Date:    09/05/2003
Page 1

Bill To:  Anderson, Ole
          145 NE 6th Ave

          Delray Beach,FL  33483-5422

Boat Name:  **FLASH**

Home Phone:  (561) 573-0021

Work Phone:

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 5871 | | 09/05/2003 | | FLASH1 | |

| Code | Description | Quantity: | Unit Price. | Extended Price: |
|---|---|---|---|---|
| - | Temporary Storage | 1 | 500.00 | 500.00 |

|  |  |
|---|---|
| Total Material | $0.00 |

Tax:              0.00

** Yard is not responsible for mast head gear **

** All work must be paid in full before boat leaves yard  **

** Finance Charge 1.5% per Month on Overdue Accounts **

Total:          $500.00

SEP - 8 2003

Marblehead 000172



# INVOICE

4201-1

**Marblehead Trading Company**
89 Front St. Marblehead, MA 01945
Phone: 781-639-0029  Fax: 781-631-0542

**Date:** 05/02/2002
**Page** 1

Bill To:  Anderson, Ole
145 NE 6th Ave

Delray Beach, FL 33483-5422

**Boat Name:**  **FLASH**

**Home Phone:**  (561) 573-0021

**Work Phone:**

| Work Order No. | Customer ID | WO Date | Terms | Boat ID | Launch/Haul Date |
|---|---|---|---|---|---|
| 4201 | | 05/02/2002 | | FLASH1 | |

| Code | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| - | Temporary Storage | 1 | 500.00 | 500.00 |

| | | | |
|---|---|---|---|
| **Total Material** | $0.00 | **Tax:** | 0.00 |
| ** Yard is not responsible for mast head gear ** | | **Total:** | $500.00 |
| ** All work must be paid in full before boat leaves yard ** | | | |
| ** Finance Charge 1.5% per Month on Overdue Accounts ** | | | |

*For storage per
note m check
Lin M.
I nVoice
To couzz
500.c
1 1 My storage*

MAY - 2 2002

Marblehead 000173

Marblehead 000174

MARBLEHEAD TRADING CO.
AS FRONT STREET
MARBLEHEAD, MA 01945

(781) 639-0029

Boat Name: Flash

To: Anderson, Ole
145 NE 6th Ave

Work Order # 1741
Mooring #
C/J: C

Launch/Haul Date: 07/08/2000
Launch/Haul: 0

Finance Charge 1.5% per Month on Overdue Accounts.

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| | 22.00 | 3.50 | 84.00 |
| Boston | | | |
| Bottom Back | 1.00 | 51.50 | 51.50 |

ENTERED

TOTAL MATERIAL
TOTAL LABOR
TOTAL TAX

TOTAL DUE

Marblehead 000176

Marblehead 000177

WORK ORDER  #   1741
ORDER DATE   07/08/86

Boat Name: Flash

Class:  Star #721
Length:  20.00
Type:   S (Sail/Power)
Color:
Key/Combo:

Mooring #
C/J:            C

Launch/Haul Date:  07/08/86
Launch/Hours:         0
Haul Site:
Launch Site:

MARBLEHEAD TRADING CO.
63 FRONT STREET
MARBLEHEAD, MA   01945

(781) 639-0029

To:  Anderson, Ole


                     QTY   RATE   AMOUNT

Off load @ Cliff St
Haul to Beacon Street

TOTAL MATERIAL  $
TOTAL LABOR     $
TOTAL TAX       %

TOTAL DUE       $

Marblehead 000179

MARBLEHEAD TRADING CO.
80 FRONT STREET
MARBLEHEAD, MA    01945

(781) 639-0029

Boat Name: Flash

To:  Anderson, Ole
     145 NE 6th Ave
                                    Work Order #   1741
     Del Ray Beach    FL   33483    Mooring #
                                    C/J:          0

     Home Phone:  (561) 973-21      Launch/Haul Date:  07/08/00
     Work Phone:                    Launch/Haul:       0

*TERMS: Net 20 DAYS.  Finance Charge 1.5% per Month on Overdue Accounts.

| CODE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Off Load @ Cliff St | 22.00 | 3.80 | 83.60 |
| | Rig for Boston | | | |
| | Truck to Boston & Back | 1.00 | 571.50 | 571.50 |

NOTE:  Ole, the rig & truck to Boston & back
       it's hours, plus fuel, plus the use
       of the truck was a deal!

       Received on MAR6          -400.00   1.00   -400.00

Marblehead 000182