UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
IN RE ONE STAR CLASS SLOOP          )
SAILBOAT BUILT IN 1930 WITH HULL    )   CIVIL ACTION
NUMBER 721, NAMED "FLASH II,"       )   NO. 05-10192-WGY
                                    )
_____)
```

SUPPLEMENTAL FINDINGS AND ORDER

YOUNG, D.J.                                          October 24, 2007

After careful review of the supplemental filings and briefs, the Court finds that the government settled with Harry Crosby for $26,101.24 and that his proportional interest in the *Flash II* was at least equal to this sum.

Accordingly, judgment shall enter for the claimant in the sum of $73,898.76 with interest at the statutory rate from the date of the wrongful seizure, plus appropriate attorneys' fees. Lane shall have twenty days from the date of this order to submit such an application accompanied by detailed time records. The government shall have an additional twenty days to respond.

SO ORDERED.

/s/ William G. Young

_____
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE