UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>ONE STAR CLASS SLOOP SAILBOAT<br>BUILT IN 1930 WITH HULL NUMBER 721,<br>NAMED "*FLASH II*,"<br>        Defendant. | )<br>)<br>)<br>)Civil Action No.05-10192-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the plaintiff in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J.) October 1, 2007 Memorandum and Order (docketed on October 2, 2007), and the Judgment entered on October 25, 2007, entering judgment for the Claimant.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:    /s/Nancy Rue
           Nancy Rue
           Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       /s/ Nancy Rue
                                       Nancy Rue
                                       Assistant United States Attorney

Date:   December 21, 2007