UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10192-WGY**

**UNITED STATES**
**Plaintiff**

v.

**ONE STAR CLASS SLOOP SAILBOAT**
Built in 1990 with Hull Number Named FLASH II
**Defendant**
**KERRY SCOTT LANE, M.D.**
**Claimant**

# JUDGMENT

Judgment for the Claimant, Kerry Scott Lane, M.D. in the sum of **$73,898.76** with interest at the statutory rate from the date of the wrongful seizure, plus attorneys fees in the amount of **$51,929.13**.
.

**Sarah A. Thornton**
**Clerk**

**/s/ Elizabeth Smith**
**Deputy Clerk**

January 15, 2008
To: All Counsel