# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | &#124; |
| Plaintiff, | &#124; |
| v. | &#124;   Civil Action # 05-10192 WGY |
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II", | &#124; |
| Defendant. | &#124; |
| _____ | &#124; |
| KERRY SCOTT LANE, | &#124; |
| Claimant. | &#124; |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Claimant Kerry Scott Lane, M.D., hereby cross-appeals, pursuant to F.R.A.P. Rule 4(a)(3), from the Judgment (Doc. 93, filed January 15, 2008); the oral order granting summary judgment in favor of the government on the issue of sovereign immunity (entered during a telephone conference on May 15, 2007 which does not appear on the docket); the October 1, 2007 Memorandum and Order (Doc. 81) docketed on October 2, 2007); the

Supplemental Findings and Order[1] (Doc. 86) entered October 25, 2007; and any

other orders germane to the final judgment.

Date: 1/29/2008

Respectfully submitted,
Kerry Scott Lane, MD,

By his attorneys,

_____s/Brenda Grantland_____
Brenda Grantland, Esq.
Law Office of Brenda Grantland
20 Sunnyside Suite A-204
Mill Valley, CA 94941
(415) 380-9108
(Admitted pro hac vice)

_____s/Eric B. Goldberg_____
Jeffrey P. Allen (BBO# 015500)
Eric B. Goldberg (BBO# 564398)
Seegel Lipshutz & Wilchins, P.C.
Wellesley Office Park
20 William Street, Suite 130
Wellesley, MA 02481
(781) 237-4400
(Local counsel)

---

[1]  The government's Notice of Appeal (Doc. 91), which was prematurely filed on December 21, 2007, mis-characterizes the October 25, 2007 Supplemental Findings and Order (Doc. 86 ) as a "Judgment."