**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05-cv-10192

United States of America

v.

One Star Class Sloop Sailboat Built In 1930 With Hull Number 721, Named "Flash II",

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

95, 93

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  1/29/2008.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 30, 2008.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/30/08.

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06