
**MANDATE**

05-10192
USDCMA
Judge Young

# United States Court of Appeals
## For the First Circuit

No. 08-1120

UNITED STATES,

Plaintiff - Appellant,

v.

ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930
WITH HULL NUMBER 721, NAMED FLASH II,

Defendant - In Rem,

KERRY SCOTT LANE, M.D.,

Claimant - Appellee,

HARRY E. CROSBY,

Claimant.

---

### JUDGMENT

Entered: February 4, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:

...ued and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Richard Cushing Donovan, Clerk

MARGARET CARTER

By_____
Chief Deputy Clerk

Deputy Clerk

Date: 2/4/08

[cc: Shelbey Wright, AUSA, Nancy Rue, AUSA, Dina Michael Chaitowitz, AUSA, J. Thomas Kerner, Esq., Brenda Grantland, Esq., Eric Goldberg, Esq.]