UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | \| |
| Plaintiff, | \| |
| v. | \| Civil Action # 05-10192 WGY |
| ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II", | \| |
| Defendant. | \| |
| KERRY SCOTT LANE, | \| |
| Claimant. | \| |

NOTICE OF ATTORNEY FEE LIEN

Attorney Brenda Grantland hereby gives notice of her contractual attorney fee lien, contained in her retainer agreement signed by Claimant Kerry Scott Lane, M.D., on August 24, 2005.  See Attachment 1.  The retainer agreement was emailed to AUSA Nancy Rue on November 27, 2007 (see Doc. 90-3 p. 50), and AUSA Rue filed it as an exhibit to her Opposition to the Fee Petition, Doc. 88-14.

This notice is filed in response to the government's attempt to seize the attorney fee award – as well as the judgment proceeds – to pay Dr. Lane's alleged IRS debts.  See Attachment 2.

Date: 3/14/2008                              Respectfully submitted,
                                             Kerry Scott Lane, MD,

                                             By his attorneys,

                                             _____s/Brenda Grantland_____
                                             Brenda Grantland, Esq.
                                             Law Office of Brenda Grantland
                                             20 Sunnyside Suite A-204
                                             Mill Valley, CA 94941
                                             (415) 380-9108
                                             (Admitted pro hac vice)

                                             _____s/Eric B. Goldberg_____
                                             Jeffrey P. Allen (BBO# 015500)
                                             Eric B. Goldberg (BBO# 564398)
                                             Seegel Lipshutz & Wilchins, P.C.
                                             Wellesley Office Park
                                             20 William Street, Suite 130
                                             Wellesley, MA 02481
                                             (781) 237-4400
                                             (Local counsel)

## ATTORNEY EMPLOYMENT AGREEMENT

THE AGREEMENT MADE THIS 24th day of August, 2005, by and between Dr. Kerry Lane, hereinafter referred to as "client" and attorney Brenda Grantland is as follows:

1. The client hereby retains and employs said attorney to represent him, as co-counsel with local attorney Eric Goldberg, in the civil forfeiture case USA v. One Star Class Sloop Sailboat Built in 1930 ("Flash II"), U.S. Dist. Ct., D. Mass. Case number 05-10192 RWZ.

2. The attorney accepts this retainer and agrees to take whatever action is reasonably necessary and advisable to enforce the clients' rights in the matter described in paragraph 1. This retainer does not obligate attorney to pursue any appeals – except by subsequent oral agreement.

3. It is agreed that the attorney will receive compensation for her services at the rate of $250 per hour. Client will pay a minimum retainer of $5000, by wire transfer on August 25. Once hours expended exceed the minimum retainer, attorney will bill client for any excess fees. Interest at the rate of 12% per annum will be charged on all balances billed and unpaid for more than 30 days.

4. Client further agrees that in addition to the above attorney's fees, all court costs, investigator fees, court reporters fees, expert fees, witness fees, travel costs, photocopying, toll calls, and all other out-of-pocket expenses incurred in investigating or litigating this claim shall be paid by the client.

5. Client agrees that attorney may deduct all attorney's fees and expenses due under this agreement from any money or property received by client in settlement or payment of the client's claim; and attorney shall be paid out of, and have a lien upon, any and all such money or property to the extent of such fees or expenses as may become due hereunder. In the event the attorney has to pursue legal action to collect the fee, client hereby agree to pay reasonable attorneys fees and costs for the collections action.

AGREED: _Brenda Grantland_
Attorney

AGREED: _KS Lane MD_
Client  8/26/2005

**Lipomics**

Sailorman

954

Chuck Fitzgerald

www.lipomics.com

**Subject:** US v. One Star Class Sloop
**From:** "Rue, Nancy (USAMA)" <Nancy.Rue@usdoj.gov>
**Date:** Thu, 13 Mar 2008 14:46:47 -0400
**To:** <bgrantland1@comcast.net>

Brenda,

We have sent the paperwork through for both the payment of the judgment and the payment of the attorneys fees.

During processing of these claims, we learned that Kerry Scott Lane had an outstanding IRS levy in the amount of $584,084.31. Under Manning v. Astrue, , 510 F3d 1246 (10th Cir. 2007), this levy is applied to the fee award as well as the judgment.

I believe that you will be receiving a letter to this effect from the Asset Forfeiture Fund, which is responsible for payment of the judgment, as well as from the Judgment Fund, which is responsible for the payment of the fee award, but I wanted to advise you by email as well.

Nancy Rue