UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",<br><br>Defendant,<br><br>KERRY SCOTT LANE, M.D.,<br><br>.          Claimant. | **Civil Action No.: 05-10192-WGY** |

## NOTICE OF APPEARANCE

Pursuant to Local Rules 83.5.2(a) and 83.5.3(a), please substitute the appearance of Anton P. Giedt, Assistant United States Attorney, for Nancy Rue, as counsel for the United States in the above captioned action.

                        Respectfully submitted,

                        UNITED STATES OF AMERICA

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:   /s/ Anton P. Giedt   4/10/2008
       Anton P. Giedt
       Assistant U.S. Attorney
       1 Courthouse Way
       Boston, MA 02210
       617-748-3309 (Voice)
       617-748-3967 (Fax)
       anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                             Boston, Massachusetts
                                                         DATE: April 10, 2008

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Claimant's counsel of record through electronic filing.

                                                         /s/ Anton P. Giedt
                                                         Anton P. Giedt
                                                         Assistant U.S. Attorney