**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE STAR CLASS SLOOP SAILBOAT BUILT IN 1930 WITH HULL NUMBER 721, NAMED "FLASH II",<br><br>Defendant,<br><br>KERRY SCOTT LANE, M.D.,<br><br>.         Claimant. | **Civil Action No.: 05-10192-WGY** |

**ASSENTED TO MOTION OF THE UNITED STATES FOR EXTENSION OF TIME TO FILE RESPONSE TO CLAIMANT'S MOTION TO ENFORCE CARA FEE AWARD AND ATTORNEY FEE LIEN**

The United States, with the assent of Claimant's counsel, moves for an extension of time up to, and including, April 22, 2008, to respond to Claimant's Motion to Enforce CAFRA Fee Award and Attorney Fee Lien (Docket No. 105). Good cause exists for this motion. Undersigned counsel was just recently assigned to this action and is in the process learning the background of the matter and the Claimant's motion. Claimant's counsel has assented to this motion.

Therefore, the United States request that this motion be granted and that the United States be given until April 22, 2008, to respond to the Claimant's motion. This motion is made in good faith and is not made to delay the action, or for any other improper purpose.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Anton P. Giedt   4/10/2008
        Anton P. Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

Undersigned counsel certifies that pursuant to the requirements under Local Rule 7.1(A)(2), he has conferred with Claimant's counsel and that Claimant's counsel has assented to this motion.

        /s/ Anton P. Giedt   4/10/2008
        Anton P. Giedt
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Suffolk, ss.         Boston, Massachusetts
        DATE: April 10, 2008

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record through electronic filing.

        /s/ Anton P. Giedt
        Anton P. Giedt
        Assistant U.S. Attorney